US00D574495S

(12) **United States Design Patent**  (10) Patent No.: **US D574,495 S**
Petersen  (45) Date of Patent: ∗∗ **Aug. 5, 2008**

(54) **DRILL GUIDE**

(75) Inventor: **David A Petersen**, Clearwater, FL (US)

(73) Assignee: **Orthopedic Development Corporation**, Pinellas Park, FL (US)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/298,306**

(22) Filed: **Dec. 3, 2007**

(51) **LOC (8) Cl.** .................................................. **24-02**
(52) **U.S. Cl.** .................................................... **D24/140**
(58) **Field of Classification Search** ............... D24/140, D24/133, 146, 112, 135, 137; D15/132, D15/138, 139; 606/96, 102, 97, 98, 87, 88, 606/89
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D268,870 S | | 5/1983 | Dohogne |
| D291,246 S | | 8/1987 | Lower |
| D357,534 S | ∗ | 4/1995 | Hayes ........................ D24/140 |
| D359,557 S | | 6/1995 | Hayes |
| D374,283 S | | 10/1996 | Michelson |
| D382,056 S | | 8/1997 | Kammerer |
| D397,436 S | | 8/1998 | Michelson |
| D398,996 S | | 9/1998 | Simmons et al. |
| D404,126 S | | 1/1999 | Asfora |
| D433,506 S | ∗ | 11/2000 | Asfora ........................ D24/140 |
| 6,419,678 B1 | ∗ | 7/2002 | Asfora ........................ 606/96 |

OTHER PUBLICATIONS

"Position Drill Guide"—http://waston.en.alibaba.com/product/200019231/200586899/medical_instruments/Position_drill_guide.html.
"Drill Guide for IGS"—http://www.brainlab.com/scripts/website_english.asp?menuDeactivate=0&articleID=2107&articleTypeID=263&pageTypeID=6&article_short_headline=Drill%20Guides%20for%20IGS.

∗ cited by examiner

*Primary Examiner*—Ian Simmons
*Assistant Examiner*—Christopher Lee
(74) *Attorney, Agent, or Firm*—Sheppard, Mullin, Richter & Hampton LLP

(57) **CLAIM**

The ornamental design for a drill guide, as shown and described.

**DESCRIPTION**

FIG. **1** is a side view of a drill guide in accordance with my new design;
FIG. **2** is an opposite side view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a front view thereof;
FIG. **5** is a bottom plan view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is an enlarged side view of the tip portion of a drill guide thereof as seen in FIG. **1**; and,
FIG. **8** is an enlarged perspective view of the tip portion of a drill guide thereof.

**1 Claim, 4 Drawing Sheets**






FIG 1



FIG 2

FIG 3





FIG 4

FIG 5





FIG 6

FIG. 7





FIG. 8