# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ORTHOPEDIC DEVELOPMENT**
**CORPORATION,**

    Plaintiff,

v.                                          Case No.  8:08-cv-2064-T-30MAP

**NUFIX, INC., et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to File Declaration of Frank Scalfaro Under Seal and Incorporated Memorandum of Law (Dkt. 7).  Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to File Declaration of Frank Scalfaro Under Seal (Dkt. 7) is **DENIED without prejudice.**

2. During the hearing on Plaintiff's Motion for a Preliminary Injunction, the Court will determine whether it is necessary for Plaintiff to file an unredacted version of the Declaration of Frank Scalfaro under seal.[1]

**DONE** and **ORDERED** in Tampa, Florida on October 20, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-2064.mt file under seal.frm

---

[1] Plaintiff's Motion for Preliminary Injunction has been referred to Magistrate Judge Mark A. Pizzo for report and recommendation.