UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORTHOPEDIC DEVELOPMENT
CORPORATION, A Florida corporation,

    Plaintiff,

vs.                          CASE NO. 8:08-CV-02064-T-30-MAP

NUFIX, INC., an Alabama Corporation, and
NUTECH MEDICAL, INC., an Alabama
Corporation,

    Defendants
_____/

## JOINT MOTION TO DISMISS

ORTHOPEDIC DEVELOPMENT CORPORATION ("ODC"), NUFIX, INC. ("NuFix"), and NUTECH MEDICAL, INC. ("Nutech"), being all of the parties to this action, jointly move this Court to dismiss this lawsuit and counterclaims therein with prejudice, with each party bearing its own costs and fees (including attorneys' fees). As grounds for this Motion, the parties state that they have resolved their dispute.

WHEREFORE, ODC, NuFix and Nutech respectfully request that this Court dismiss this lawsuit and counterclaims therein with prejudice, with each party bearing its own costs and fees (including attorneys' fees).

Respectfully submitted,

| | |
|---|---|
| DATED: December 23, 2008<br><br>HOLLAND & KNIGHT LLP<br><br>/s/ Bradford D. Kimbro<br>Bradford D. Kimbro<br>Florida Bar No. 908002<br>brad.kimbro@hklaw.com<br>Michael L. Chapman<br>Florida Bar No. 843555<br>michael.chapman@hklaw.com<br>Justin L. Dees<br>Florida Bar No. 048033<br>justin.dees@hklaw.com<br>Suite 4100<br>100 N. Tampa Street<br>Tampa, FL 33602-3644<br>(813) 227-8500<br>(813) 229-0134 fax<br><br>and<br><br>Don J. Pelto<br>Roy Goldberg<br>Mark A. Geier<br>SHEPPARD MULLIN RICHTER<br>  & HAMPTON LLP<br>1300 I Street NW<br>11th Floor East<br>Washington, DC 20005<br>(202) 218-0000<br>(202) 218-0020 fax<br>DPelto@sheppardmullin.com<br>RGoldberg@sheppardmullin.com<br>MGeier@sheppardmullin.com<br>Attorneys for Plaintiff | DATED: December 23, 2008<br><br>KNOPIK VARNER MOORE<br><br>/s/ James A. Hoover<br>Joseph H. Varner, III<br>Florida Bar No. 394904<br>jvarner@kvmlaw.com<br>One Harbour Place, Suite 800<br>777 S. Harbour Island Boulevard<br>Tampa, FL 33602<br>(813) 221-3131<br>(813) 221-3199 fax<br><br>and<br><br>Howard P. Walthall, Jr.<br>hpwaltha@burr.com<br>James A. Hoover<br>jhoover@burr.com<br>BURR & FORMAN LLP<br>3400 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203<br>(205) 251-3000<br>(205) 458-5100 fax<br><br>Attorneys for Defendants |