**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ORTHOPEDIC DEVELOPMENT
CORPORATION,

    Plaintiff,

v.                                   Case No. 8:08-cv-2064-T-30MAP

NUFIX, INC. and NUTECH MEDICAL, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss (Dkt. #14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Dismiss (Dkt. #14) is GRANTED.

2. This cause is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 30, 2008.

                                      JAMES S. MOODY, JR.
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                               F:\Docs\2008\08-cv-2064.dismissal 14.wpd