**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ORTHOPEDIC DEVELOPMENT**
**CORPORATION, a Florida corporation,**

    Plaintiff,

v.                                           Case No.  8:08-cv-2064-T-30MAP

**NUFIX, INC., an Alabama corporation; and**
**NUTECH MEDICAL, INC., an Alabama**
**corporation,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion for Reconsideration of This Court's Order Dismissing the Case With Prejudice for the Limited Purpose of Entering an Agreed Injunction Per the Parties' Settlement Agreement (Dkt. 16). The parties have indicated they inadvertently failed to request entry of a permanent injunction before dismissing this case with prejudice. The Court, having reviewed the Joint Motion and supporting memorandum, and being otherwise fully advised in the premises, determines it should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to reopen this file for the limited purpose of entering this Order.

2. The parties' Joint Motion for Reconsideration (Dkt. 16) is **GRANTED** and this Court's December 30, 2008 Order of Dismissal (Dkt. 15) is **VACATED**.

3. Plaintiff's request for a permanent injunction is **GRANTED**.

4. Defendant's are preliminarily and permanently enjoined from infringing and inducing others to infringe on the '495 Patent.

5. Defendants shall: (a) cease and desist from selling, offering for sale, marketing, or providing anywhere drill guides of the design set forth in Exhibit A or any substantially similar design no later than January 31, 2009; and (b) use their best efforts to obtain the return, on or before January 31, 2009, of all such guides which have been provided to doctors, hospitals, distributors or any other persons and entities located within the United States.

6. No later than January 31, 2009, Defendants shall destroy or cause to be destroyed all advertising, promotional and marketing materials, instructional manuals, design documents, and other commercial materials within their possession, custody or control relating to such drill guides.

7. No later than January 31, 2009, Defendants shall provide a written certification to Plaintiff of their compliance with Paragraphs 5 and 6 above, executed by an official of Defendants with authority to bind Defendants.

8. The injunction granted herein applies to Defendants and their officers, directors, employees, independent contractors, representatives and agents.

9. No security shall be required for the entry of this Order. Each party shall bear its own respective attorneys' fees and costs.

10. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on January 14, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-2064.permanent injunction.frm